IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEQUAN BALLARD, | 1:05-CV-00621-AWI-TAG-HC |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 8) |
| vs. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| J. WOODFORD, et al., | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 27, 2005, the Court issued an order requiring Petitioner to submit an application to proceed in forma pauperis OR pay the $5.00 filing fee for this action, within thirty days from the date of service of that order. (Doc. 3). On August 3, 2005, long after the thirty-day period had elapsed, the Court issued a Report and Recommendation that the petition be dismissed for failure to prosecute the case and failure to obey an order of the Court. (Doc. 8). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation filed August 3, 2005 (Court Doc. 8), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 20, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE